OPINION — AG — ** CONSTITUTIONAL CONVENTION — RESOLUTION — REFERENDUM ** SENATE JOINT RESOLUTION NO. 11 NEED BY APPROVED, IN ORDER TO MAKE SAME EFFECTIVE, A MAJORITY OF THE ELECTORS VOTING THEREON AT THE NOVEMBER 7, 1950 GENERAL ELECTION, AND HENCE NEED NOT BE APPROVED BY A MAJORITY OF ALL VOTES CAST AT SAID ELECTION. (CONSTITUTIONAL CONVENTION, ELECTION) CITE: ARTICLE V, SECTION 3, ARTICLE XXIV, SECTION 2 (FRED HANSEN)